District Judge Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NIONA MISTY DAVIS,<br><br>　　　　　　Plaintiff.<br><br>　vs.<br><br>UNITED STATES OF AMERICA, and ITS POSTAL SERVICE,<br><br>　　　　　　Defendant. | NO. 3:12-cv-05631-RJB<br><br>STIPULATION AND ORDER FOR EXTENSION OF PRE-TRIAL DEADLINE<br><br>**Noted for consideration:**<br>**March 1, 2013** |

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to an extension of the following pre-trial deadlines:

| **Description** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Expert Disclosures Deadline | April 5, 2013 | April 19, 2013 |

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINES - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

The extension is necessary to facilitate the scheduling of Plaintiff's Fed. R. Civ. P. 35 examination and will not affect the mediation deadline, current trial date of August 19, 2013, or require any adjustment to the remaining case scheduling deadlines.

DATED this 1st day of March, 2013.

| | |
|---|---|
| BECKER ROVING, PLLC | JENNY A. DURKAN<br>United States Attorney |
|    Andrew N. Becker<br>ANDREW N. BECKER, WSBA No. 14264<br>Attorney at Law<br>1730 Pottery Avenue, Suite 210<br>Port Orchard, Washington 98366<br>Phone: 360-876-4800<br>Email: becker@kitsapinjurylawyers.com<br><br>Attorney for Plaintiff Davis |    Priscilla T. Chan<br>PRISCILLA T. CHAN, WSBA No. 28533<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: Priscilla.Chan@usdoj.gov<br><br>Attorneys for Defendant United States of America |

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The expert disclosure deadline is now April 19, 2013. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 4th day of March, 2013.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINES - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970